IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRELL WATKINS, ) | |
| ) | |
| Plaintiff, ) | No. 17-cv-00060-NJR-SCW |
| ) | |
| vs. ) | |
| ) | |
| EMPLOYEES of WEXFORD HEALTH ) | Magistrate Judge Stephen C. Williams |
| SOURCES, INC., NURSE ANGEL RECTOR ) | |
| AND DR. DENNIS LARSON, EMPLOYEES ) | |
| OF ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS NURSES CAROL FAIRLESS, ) | |
| DARLENE WINTERS, TRACIE STANFORD, ) | |
| PAM FRANKLIN, and DARLA LINGLE, ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| VIENNA CORRECTIONAL CENTER, POLICE ) | |
| OFFICERS COLE CARTER, ADAM ) | |
| HENDERSON, and RON WHITE, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUBMISSION OF ATTORNEYS' FEES AND COSTS**

NOW COMES Plaintiff Tyrell Watkins's counsel Avi Kamionski, Shneur Nathan, and Natalie Adeeyo (collectively "Plaintiff's counsel"), and for their Submission of Attorneys' Fees and Costs, states as follows:

1. On November 29, 2018, this Court held a status conference directing Defendants to show cause as to why they should not be sanctioned for discovery violations relating to the disclosure of an inaccurate master roster and the untimely disclosure of a cleaning cycle log.

2. After the status conference was held, the Court directed Plaintiff's counsel to submit Plaintiff's attorneys' fees and costs accrued between August 15, 2017 and November 7, 2018, including time spent preparing for and participating in the show cause hearing on November 29, 2018.

3. Plaintiff's counsel submit their hours for the date range mentioned above, totaling 1,561 hours. Plaintiff's counsel also included time spent litigating the cleaning cycle log issue and questioning Cole Carter regarding its acquisition on November 8, 13, 28 and 29 as they relate to the sanctions issue.

4. In support of their request for attorneys' fees and costs, Plaintiff's counsel submit a detailed itemization of time expended by Plaintiff's counsel on this matter, attached hereto as Exhibit 1. Plaintiff's counsel seeks attorneys' fees in the amount of $532,952.00.

5. As Exhibit 1 shows, the following attorneys and paralegal expended the following time on this matter:

| Attorney | Total Hours Billed | Rate | Total |
|---|---|---|---|
| Avi Kamionski | 750.20 | $425.00 | $318,835.00 |
| Shneur Nathan | 118.50 | $425.00 | $50,362.50 |
| Natalie Adeeyo | 493.60 | $200.00 | $98,720.00 |
| Helen O'Shaughnessy | 153.10 | $395.00 | $60,474.50 |
| Naima Rahman-Barber (paralegal) | 45.60 | $100.00 | $4,560.00 |
| | | Total | $532,952.00 |
| Total Expenses: $57,522.61 | | | |

6. The respective hourly rates as well as the background and qualifications supporting this request are contained in the affidavits of Avi Kamionski, attached hereto as Exhibit 2, Shneur Nathan, attached hereto as Exhibit 3, Natalie Adeeyo, attached hereto as Exhibit 4, Helen O'Shaughnessy, attached hereto as Exhibit 5, and Naima Rahman-Barber, attached hereto as Exhibit 6.

7. In addition to fees, Plaintiff's counsel also seeks $57,522.61 in costs incurred during the relevant time frame. Plaintiff's counsel have itemized these costs in Exhibit 1.

WHEREFORE, Plaintiff Tyrell Watkins's counsel Avi Kamionski, Shneur Nathan, and Natalie Adeeyo respectfully request an award of attorneys' fees in the sum of $532,952.00 and costs in the sum of $57,522.61.

        Respectfully submitted,

        */s/ Natalie Y. Adeeyo*
        Natalie Y. Adeeyo, Atty No. 6323542

Avi T. Kamionski
Shneur Z. Nathan
Natalie Y. Adeeyo
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603
(312) 612-1072

## CERTIFICATE OF SERVICE

I, Natalie Y. Adeeyo, an attorney, certify that I served the foregoing document upon all parties listed on the attached service list by electronic transmission on December 3, 2018.

/s/ Natalie Y. Adeeyo

**SERVICE LIST**

Lisa Cook
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701
lcook@atg.state.il.us

Christine McClimans
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701
CMcClimans@atg.state.il.us